ACCEPTED
03-13-00619-CV
8058385
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 4:14:41 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

December 2, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 4:14:41 PM
JEFFREY D. KYLE
Clerk

*Via Electronic Filing*
Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th St., Room 101
Austin, Texas 78701

Re: *Argonaut Insurance Company and Argonaut Great Central Insurance Company v. Susan Combs, Comptroller of Public Accounts of the State of Texas, and Greg Abbott, Attorney General of the State of Texas;* 03-13-00619-CV; in the Court of Appeals, Third Judicial District, Austin, Texas

Dear Mr. Kyle:

Regarding the above case, I will be out of the office on vacation beginning Friday, December 18, 2015 and returning to the office Monday, January 4, 2016. Accordingly, I would appreciate it if you would not schedule anything relating to this case during the days that I'm out of the office.

Very truly yours,

*/s/Shannon M. Ryman*
SHANNON M. RYMAN
Assistant Attorney General
Texas State Bar No. 24089705
Tax Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4866
Facsimile: (512) 478-4013
Email: Shannon.ryman@texasattorneygeneral.gov

cc: Jonathan D. Pauerstein (*Via E-Serve*)